Joe Solseng
Nevada Bar No. 11717
Robinson Tait, P.S.
3651 Lindell Road, Suite D #288
Las Vegas, NV 89103
*Main Office:*
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 676-9640
Facsimile: (206) 676-9659

*Attorney for Defendants Mortgage Electronic Registration Systems, Inc. and Regional Trustee Services Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>REGIONAL TRUSTEE SERVICES CORPORATION, a foreign corporation; FIRST HORIZON HOME LOANS CORPORATION, a revoked corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; and DOES 1-10 Inclusive, and all other persons unknown claiming any right title, estate, lien or interest in the real property described herein,<br><br>Defendants. | Case No.: 3:11-cv-00470<br><br>**DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND REGIONAL TRUSTEE SERVICES CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and Regional Trustee Services Corporation

CERTIFICATE OF INTERESTED PARTIES - 1

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

("Regional") hereby submit their Corporate Disclosure Statement and Certificate of Interested Parties as follows:

1. Mortgage Electronic Registration Systems, Inc. is a Delaware corporation, whose parent corporation is MERSCORP, Inc. There is no publicly held corporation owning 10% or more of MERS' stock.

2. Regional Trustee Services Corporation is a privately owned independent corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

To the best of our knowledge, no additional parties other than those listed above and other than those named in the Complaint have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendants MERS and Regional reserve the right to supplement the above in the event it may be deemed warranted upon further discovery.

Dated this 6th day of July, 2011.

ROBINSON TAIT, P.S.

/s/ Joe Solseng
Joe Solseng, #11717
Attorney for Defendants Mortgage
Electronic Registration Systems, Inc.,
and Regional Trustee Services
Corporation

CERTIFICATE OF INTERESTED PARTIES - 2

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011, I electronically filed the foregoing DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND REGIONAL TRUSTEE SERVICES CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES using the CM/ECF system, and caused a true and correct copy of the same to be mailed via first class mail to the following:

Oscar Garcia
4381 Santa Maria Drive
Reno, NV 89509

/s/ Andrew Minton
Andrew Minton
An employee of Robinson Tait, P.S.

CERTIFICATE OF INTERESTED PARTIES - 3

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640