Joe Solseng
Nevada Bar No. 11717
Robinson Tait, P.S.
3651 Lindell Road, Suite D #288
Las Vegas, NV 89103
*Main Office:*
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 676-9640
Facsimile: (206) 676-9659

*Attorney for Defendants Regional Trustee Services Corporation and Mortgage Electronic Registration Systems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR GARCIA,<br><br>           Plaintiff,<br><br>           v.<br><br>REGIONAL TRUSTEE SERVICES CORPORATION, a foreign corporation; FIRST HORIZON HOME LOANS CORPORATION, a revoked corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; and DOES 1-10 Inclusive, and all other persons unknown claiming any right title, estate, lien or interest in the real property described herein,<br><br>           Defendants. | CASE NO.: 3:11-cv-00470-ECR-VPC<br><br>**DEFENDANTS REGIONAL TRUSTEE SERVICES CORPORATION AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S STATEMENT OF REMOVAL** |

Defendants Regional Trustee Services Corporation (hereinafter "Regional") and Mortgage Electronic Registration Systems, Inc. (hereinafter "MERS") hereby submit their Statement of Removal pursuant to this Court's Minute Order dated July 5, 2011.

STATEMENT OF REMOVAL - 1

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

1. <u>Date of Service of Complaint on Defendants Regional and MERS</u>: Defendants Regional and MERS have not been properly served with a copy of the Complaint. Defendants Regional and MERS obtained a copy of the Complaint upon request to the Court on or about June 6, 2011.

2. <u>Date of Service of Summons on Defendants Regional and MERS</u>: Defendants Regional and MERS have not been properly served with a copy of the Summons. An unknown person handed a copy of the Summons to the crier at the trustee's sale, which was held on May 9, 2011. The crier in turn e-mailed a copy of the Summons to Regional, and Regional then notified the servicer.

3. <u>Diversity Jurisdiction</u>: To the best of Defendant Regional and MERS' knowledge, no defendants have been served with the Summons and Complaint, and no defendants are citizens of Nevada. MERS is a Delaware corporation with its principal place of business in Virginia; Regional is a corporation with its headquarters and principal place of business in Washington; and First Horizon Home Loans Corporation is a corporation registered in Texas with its headquarters in Tennessee. Plaintiff Oscar Garcia is a citizen of Nevada. The amount in controversy exceeds $75,000.00, as Plaintiff obtained a loan in the amount of $244,925.00 to purchase the subject property, and seeks to void the subject deed of trust.

4. Defendants Regional and MERS' Notice of Removal was filed timely pursuant to 28 U.S.C. § 1446(b), as no service of process has been made more than 30 days ago.

5. Defendant Regional and MERS' Notice of Removal was not filed more than one year after commencement of the state court action.

6. <u>Defendants who did not formally join in the Notice of Removal</u>: To date and to the best of Defendants Regional and MERS' knowledge, defendant First Horizon Home Loans

STATEMENT OF REMOVAL - 2

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

Corporation has not been properly served with Summons and Complaint and has not appeared in this action. As such, no joinder of this defendant is required to perfect removal of the state court action. Plaintiff has not filed any proof of service of the Summons and Complaint on any defendant.

      7.    <u>Service of Minute Order</u>: Pursuant to the attached Certificate of Service, Defendants Regional and MERS have served Plaintiff, the only other party appearing in this action to date, with a copy of the Court's Minute Order dated July 5, 2011.

DATED this 21st day of July, 2011.

/s/ Joe Solseng
Joe Solseng, 11717
Robinson Tait, P.S.
3651 Lindell Road, Suite D #288
Las Vegas, NV 89103
*Main Office:*
710 Second Avenue, Suite 710
Seattle, WA 98104
Telephone: (206) 676-9640
Facsimile: (206) 676-9659
Attorneys for Defendant Regional Trustee Services Corp., and Mortgage Electronic Registration Systems, Inc.

STATEMENT OF REMOVAL - 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2011, I electronically filed the foregoing DEFENDANTS REGIONAL TRUSTEE SERVICES CORPORATION AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.' REMOVAL STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all parties listed on the Notice of Electronic Filing.

I further certify that on July 21, 2011, I caused a copy of the MINUTES OF THE COURT DATED JULY 5, 2011 to be deposited in the United States Mail, postage prepaid to the following address:

Terry J Thomas
7330 Hunter Glen Drive
Reno, NV 89523

DATED this 21st day of July, 2011, at Seattle, Washington.

_____
Andrew Minton
An employee of Robinson Tait, P.S.

NOTICE OF REMOVAL - 4

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640