UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR GARCIA, | Case No. 3:11-cv-00470-ECR-VPC |
| Plaintiff, | |
| vs. | ORDER |
| REGIONAL TRUSTEE SERVICES CORPORATION, FIRST HORIZON HOME LOANS CORPORATION, MERS, | |
| Defendant(s). | |

Plaintiff's Motion (#5) for Stay Pending Outcome of Questions to Nevada Supreme Court filed July 11, 2011 is DENIED. The issues which are being submitted to the Nevada Supreme Court are irrelevant to the issues now before this Court.

Dated this 4th day of August 2011.

_____
EDWARD C. REED, JR.
United States District Judge