AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF    NEVADA

OSCAR GARCIA,

      Plaintiff,  
V.

REGIONAL TRUSTEE SERVICES
CORPORATION, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:11-cv-00470-RCJ-VPC

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#34) is GRANTED in its entirety with prejudice. There are no remaining claims in this case.
    **IT IS FURTHER ORDERED** that any notice of lis pendens that may be filed on the property at issue is CANCELLED and EXPUNGED.

July 9, 2013                                          **LANCE S. WILSON**  
                                                                       Clerk

                                                                       /s/ K. Rusin  
                                                                       Deputy Clerk